IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DESHAWN JACKSON, #K5382**                                                     **PETITIONER**

**VERSUS**                                                 **CIVIL ACTION NO. 3:09-cv-435-DPJ-JCS**

**WARDEN DANNY SCOTT AND**
**ATTORNEY GENERAL STATE OF MISSISSIPPI**                 **RESPONDENTS**

<u>ORDER</u>

This matter is before the court on request of petitioner Deshawn Jackson for habeas corpus relief pursuant to 28 U.S.C. §2254. It is, hereby,

ORDERED AND ADJUDGED that the respondents, through Jim Hood, file an answer or other responsive pleading in this cause within twenty days of the service upon the said Jim Hood of a copy of this order. The respondents shall file with their answer or other responsive pleading full and complete transcripts of all proceedings in the state court of Mississippi arising from the charge of capital murder against petitioner in the Circuit Court of Scott County, Mississippi.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, by certified mail, a copy of the petition filed herein and of this order upon Jim Hood, Attorney General of the State of Mississippi. The Clerk of Court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

Petitioner is warned that his failure to timely comply with any order of this court or his failure to keep this court informed of his current address may result in the dismissal of this case.

SO ORDERED, this the <u>  31st  </u> day of July, 2009.

                                                 <u>s/ James C. Sumner</u>
                                                 UNITED STATES MAGISTRATE JUDGE